UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL S. LOCASTRO,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. C14-5499TSZ<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 15, to which no objection was timely filed, does hereby find and ORDER:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) The Court **AFFIRMS** the decision of the Commissioner and **DISMISSES** this case with prejudice.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

DATED this 3rd day of March, 2015.

THOMAS S. ZILLY
United States District Judge

ORDER
PAGE - 1